THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:24-cv-00238-MR-WCM

| | |
|---|---|
| OSP SOLUTIONS, LLC, and CVO ENTERPRISES, INC., ) ) ) Plaintiffs, ) ) vs. ) ) ZACHARY M. SHIFLETT and ) SHIFLETT ENTERPRISE ) SOLUTIONS, INC., ) ) Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' Motion to Dismiss Defendant Shiflett's Counterclaims [Doc. 11] and the Magistrate Judge's Amended Memorandum and Recommendation [Doc. 17] regarding the disposition of that motion.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable W. Carleton Metcalf, United States Magistrate Judge, was designated to consider the above-referenced motion and to submit a recommendation for its disposition.

On July 21, 2025, the Magistrate Judge filed a Memorandum and Recommendation in this case containing conclusions of law in support of a

recommendation regarding the pending motion. [Doc. 16]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. The period within which to file objections expired, and no written objections to the Memorandum and Recommendation were filed. Nevertheless, on September 3, 2025, the Magistrate Judge filed an Amended Memorandum and Recommendation regarding the pending motion. [Doc. 17]. The parties were again advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service, and no written objections were filed within the time required.

After a careful review of the Magistrate Judge's Amended Recommendation, the Court finds that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's amended recommendation regarding the pending motion.

**IT IS, THEREFORE, ORDERED** that the Amended Memorandum and Recommendation [Doc. 17] is **ACCEPTED**, and on the Plaintiffs' Motion to Dismiss Defendant Shiflett's Counterclaims [Doc. 11] is **DENIED**.

**IT IS SO ORDERED.**

Signed: September 22, 2025

Martin Reidinger
Chief United States District Judge